UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
FLORIDA

CASE: 17-21155-CIV-MORENO

ANDRES GOMEZ,

    Plaintiff,

v.

PAPA JOHN'S INTERNATIONAL, INC.
and PAPA JOHN'S USA, INC.,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff's counsel hereby files this Notice of Settlement:

1. The undersigned counsel is providing the Court notice that this case has been settled;

2. The Parties will file a Joint Stipulation of Dismissal with Prejudice upon executing an Agreement;

3. The Parties request 30 days within which to complete the settlement arrangements and file the Stipulation for Dismissal with Prejudice; and

4. Plaintiff requests that an Order be entered that, to the extent not otherwise disposed of herein, all pending Motions and responses due herein be deemed as moot.

DATED: May 23rd, 2017.

                Respectfully submitted,

                GARCIA-MENOCAL & PEREZ, P.L.
                *Attorneys for Plaintiff, Andres Gomez*
                4937 SW 74th Court, No.3
                Miami, FL 33155
                Telephone: (305) 553-3464

Facsimile: (305) 553-3031
Primary E-Mail: ajperezlaw@gmail.com
Secondary E-Mail: agmlaw@bellsouth.net

By: /s/Anthony J. Perez
ANTHONY J. PEREZ
Florida Bar Number: 053546
ALFREDO GARCIA-MENOCAL
Florida Bar No.: 533610

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on May 23rd, 2017

Respectfully submitted,

GARCIA-MENOCAL & PEREZ, P.L.
*Attorneys for Plaintiff, Andres Gomez*
4937 SW 74th Court, No.3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperezlaw@gmail.com
Secondary E-Mail: agmlaw@bellsouth.net

By: /s/Anthony J. Perez
ANTHONY J. PEREZ
Florida Bar Number: 053546